**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.

**OLIVER CHARLES HALLIDAY GEE**

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

**CASE NO.  3:16-mj-1302-JBT**

---

Upon oral motion of the government to continue the detention hearing, the motion is **GRANTED** and it is **ORDERED** that a detention hearing is set for **November 7, 2016** at **2:00 P.M.** before the Honorable **Joel B. Toomey, United States Magistrate Judge** in **Courtroom No. 5A, Fifth Floor**, **300 North Hogan Street, Jacksonville, Florida.** Pending this hearing the Defendant shall be held in custody by the United States Marshals and produced for the hearing.

Date: November 3, 2016

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Cofer)
Federal Public Defender
U.S. Marshal
U.S. Pretrial Services